# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2020 ND 139

State of North Dakota,                                        Plaintiff and Appellee

      v.

Michael Blake,                                        Defendant and Appellant

No. 20190394

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Daniel J. Borgen, Judge.

AFFIRMED.

Per Curiam.

Anna A. Argenti, Assistant State's Attorney, Bismarck, ND, for plaintiff and appellee; submitted on brief.

Russell J. Myhre, Enderlin, ND, for defendant and appellant; submitted on brief.

**Per Curiam.**

[¶1]   Michael Blake appeals a district court's judgment after a jury convicted him of terrorizing, in violation of N.D.C.C. § 12.1-17-04(1), and unlawful entry into a vehicle, in violation of N.D.C.C. § 12.1-22-04.  Blake argues the guilty verdict is not supported by sufficient evidence.  After reviewing the record, we conclude sufficient evidence supports the verdict.  We summarily affirm the criminal judgment under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
Lisa Fair McEvers
Gerald W. VandeWalle
Jerod E. Tufte
Daniel J. Crothers